1  MCGREGOR W. SCOTT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 2 6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,    | CASE NO. 2:18-CR-0086 KJM
12 |              Plaintiff,       |
13 |         v.                    | [~~PROPOSED~~] ORDER TO SEAL
14 | ZENDELL LLOYD DESPENZA,       | **(UNDER SEAL)**
15 |              Defendant.       |

16

17     The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney SHELLEY
18 D. WEGER to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the
19 arrest of the defendant or until further order of the Court.
20 Dated: 4/26/2018                    _____
21                                     CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

[PROPOSED] ORDER TO SEAL INDICTMENT            1